[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 28, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14943
Non-Argument Calendar

_____

D.C. Docket No. 03-00493-CR-ODE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON ALVAREZ-SANCHEZ
a.k.a. Ramon,
a.k.a. Ramon Aldaz-Alvarez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(June 28, 2006)**

Before ANDERSON, BIRCH and FAY, Circuit Judges

PER CURIAM:

Marc N. Garber, appointed counsel for Ramon Aldaz Alvarez Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Alvarez-Sanchez's convictions and sentences are **AFFIRMED**.